UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 29 P 2: 23

U.S. DISTRICT COURT

MARK CROFUT,
    Plaintiff,

VS.

    Civil No. 3:03cv1053(AVC)

UNITED STATES OF AMERICA,
    Defendant.

## SCHEDULING ORDER

(1) The plaintiff shall have to and including March 1, 2004, to file motions to join additional parties and to April 1, 2004 to file motions to amend the pleadings;

(2) The defendant shall have to and including April 1, 2004, to file motions to join additional parties and to May 1, 2004 file a response to the complaint;

(3) all discovery, including depositions of all witnesses, shall be completed by November 1, 2004;

(4) the parties shall exchange a damage analysis, if necessary, on or before April 1, 2004;

(5) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before June 1, 2004, and depositions of any such experts shall be completed by September 1, 2004:

(6) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 1, 2004, and depositions of any such experts shall be completed by November 1, 2004;

(7) all motions, except motions in limine incident to a trial, shall be filed on or before December 15, 2004;

(8) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on February 15, 2005;

(9) the case shall be ready for trial by March 15, 2005.

    It is so ordered this 27th day of January, 2004, at Hartford, Connecticut.

                                                        Alfred V. Covello, U.S.D.J.