UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK CROFUT, | : | |
| | : | |
| Plaintiff, | : | Civil No.  3:03CV1053 (AVC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | August 2, 2004 |

**MOTION FOR EXTEND DISCOVERY DEADLINES SET
FORTH IN THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time from August 1, 2004 to October 1, 2004 within which to designate its expert witnesses.

This additional time is requested because counsel for the plaintiff has recently advised counsel for the defendant that he has been unable to respond to the Interrogatories and Request for Production of Documents, responses to which were due on June 21, 2004.  Without that information including medical and treatment records of the plaintiff, the defendant has been unable to depose the plaintiff.  The information gathered from the discovery responses as well as the plaintiff's deposition will be needed in order for an expert witness to render an opinion.

This is the first motion to extend this time limitation. Counsel for the plaintiff has indicated that he has no objection to the granting of this motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        _____
BY:     WILLIAM A. COLLIER
        ASSISTANT UNITED STATES ATTORNEY

FOR:    BRENDA M. GREEN
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT19538
        UNITED STATES ATTORNEY'S OFFICE
        915 LAFAYETTE BOULEVARD, ROOM 309
        BRIDGEPORT, CT 06604
        (203) 696-3000 (telephone)
        (203) 579-5575 (facsimile)
        Brenda.Green@usdoj.gov

CERTIFICATION OF SERVICE

_____ This is to certify that a copy of the within and foregoing Motion for Extend Discovery Deadlines Set Forth in the Scheduling Order has been mailed on the 2nd day of August, 2004, to:

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

_____
WILLIAM A. COLLIER
ASSISTANT UNITED STATES ATTORNEY