UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -2 P 3: 38
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| MARK CROFUT, | : | |
| Plaintiff, | : | Civil No. 3:03CV1053 (AVC) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | August 2, 2004 |

### MOTION FOR EXTEND DISCOVERY DEADLINES SET FORTH IN THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time from August 1, 2004 to October 1, 2004 within which to designate its expert witnesses.

This additional time is requested because counsel for the plaintiff has recently advised counsel for the defendant that he has been unable to respond to the Interrogatories and Request for Production of Documents, responses to which were due on June 21, 2004. Without that information including medical and treatment records of the plaintiff, the defendant has been unable to depose the plaintiff. The information gathered from the discovery responses as well as the plaintiff's deposition will be needed in order for an expert witness to render an opinion.

*Alfred V. Covello, U.S.D.J.*
*August 3, 2004. GRANTED. SO ORDERED.*

*[Stamp:] FILED 2004 AUG 3 P 4: [?] U.S. DISTRICT COURT HARTFORD, CT.*