UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK CROFUT, : | |
| : | |
| Plaintiff, : | Civil No.  3:03CV1053 (AVC) |
| : | |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | October 13, 2004 |

**MOTION TO EXTEND DISCOVERY DEADLINES SET
FORTH IN THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including December 1, 2004 within which to designate its expert witnesses and from November 1, 2004 to January 1, 2005 to complete discovery.

This additional time is requested because counsel for the plaintiff has again advised counsel for the defendant, in numerous telephone conversations, that he has been unable to respond to the Interrogatories and Request for Production of Documents, which were due on June 21, 2004, due to the plaintiff's infirmity. Without that information including medical and treatment records of the plaintiff, the defendant has been unable to depose the plaintiff.  The information gathered from the discovery responses as well as the plaintiff's deposition will be needed in order for an expert witness to render an opinion.

This is the second motion to extend this time limitation. Counsel for the plaintiff has indicated that he has no objection to the granting of this motion.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


FOR:      BRENDA M. GREEN
           ASSISTANT UNITED STATES ATTORNEY
           FEDERAL BAR NO. CT19538
           UNITED STATES ATTORNEY'S OFFICE
           915 LAFAYETTE BOULEVARD, ROOM 309
           BRIDGEPORT, CT 06604
           (203) 696-3000 (telephone)
           (203) 579-5575 (facsimile)
           Brenda.Green@usdoj.gov


BY:       LISA E. PERKINS
           ASSISTANT UNITED STATES ATTORNEY
           FEDERAL BAR NO. CT 23164

CERTIFICATION OF SERVICE

       This is to certify that a copy of the within and foregoing Motion for Extend Discovery Deadlines Set Forth in the Scheduling Order has been mailed on the 13th day of October, 2004, to:

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

                                                               BRENDA M. GREEN
                                                               ASSISTANT UNITED STATES ATTORNEY