UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK CROFUT, | : | |
| | : | |
| Plaintiff, | : | Civil No.  3:03CV1053 (AVC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | December 2, 2004 |

**MOTION TO EXTEND DISCOVERY DEADLINES SET
FORTH IN THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including February 1, 2004  within which to designate its expert witnesses and from January 1, 2005 to March 1, 2005 to complete discovery.

This additional time is requested because counsel for the defendant has just recently received plaintiff's responses to defendant's interrogatories and request for production of documents.  Upon receipt of this information, the parties have now scheduled depositions but will need additional time to designate expert witnesses and otherwise complete all remaining discovery.

This is the second request for an extension of time with regard to this deadline.

Counsel for the plaintiff concurs in the granting of this motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        BRENDA M. GREEN
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT19538
        UNITED STATES ATTORNEY'S OFFICE
        915 LAFAYETTE BOULEVARD, ROOM 309
        BRIDGEPORT, CT 06604
        (203) 696-3000 (telephone)
        (203) 579-5575 (facsimile)
        Brenda.Green@usdoj.gov

CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing Motion for Extend Discovery Deadlines Set Forth in the Scheduling Order has been mailed on the ____ day of December, 2004, to:

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

                                      BRENDA M. GREEN
                                      ASSISTANT UNITED STATES ATTORNEY