

13

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2004 DEC -6 A 9:44
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARK CROFUT, | : |
| Plaintiff, | : Civil No. 3:03CV1053(AVC) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : December 1, 2004 |

### MOTION TO EXTEND DISCOVERY DEADLINES SET FORTH IN THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including February 1, 2004 within which to designate its expert witnesses and from January 1, 2005 to March 1, 2005 to complete discovery.

This additional time is requested because counsel for the defendant has just recently received plaintiff's responses to defendant's interrogatories and request for production of documents. Upon receipt of this information, the parties have now scheduled depositions but will need additional time to designate expert witnesses and otherwise complete all remaining discovery.

*[Margin annotations: "December 9, 2004. SO ORDERED. GRANTED. /s/ Alfred V. Covello, U.S.D.J."]*

*[Stamp: FILED 2004 DEC 13 P 2:15 U.S. DISTRICT COURT HARTFORD, CT]*