UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK CROFUT, | : | |
| | : | |
| Plaintiff, | : | Civil No.  3:03CV1053 (AVC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | February 23, 2005 |

**MOTION TO EXTEND DISCOVERY DEADLINES SET
FORTH IN THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including April 1, 2005 within which to designate its expert witnesses and May 1, 2005 to complete all discovery.

This additional time is requested because although the parties have conducted some preliminary discovery, it has became clear during the plaintiff's deposition that he has additional medical records that have to be produced before the defendant can secure and designate expert witnesses, complete depositions of all treating doctors and otherwise complete all remaining discovery.

Additionally, a settlement conference is scheduled to commence on March 31, 2005, before PJO Murphy.

This is the third request for an extension of time with regard to this deadline.

Counsel for the plaintiff concurs in the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    BRENDA M. GREEN
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. CT19538
    UNITED STATES ATTORNEY'S OFFICE
    915 LAFAYETTE BOULEVARD, ROOM 309
    BRIDGEPORT, CT 06604
    (203) 696-3000 (telephone)
    (203) 579-5575 (facsimile)
    Brenda.Green@usdoj.gov

## CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing Motion for Extend Discovery Deadlines Set Forth in the Scheduling Order has been mailed on the _____ day of February, 2005, to:

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

                        BRENDA M. GREEN
                        ASSISTANT UNITED STATES ATTORNEY