UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

MARK CROFUT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

2005 FEB 24  A 10: 44

U.S. DISTRICT COURT
HARTFORD. CT.

Civil No.  3:03CV1053 (AVC)

February 23, 2005

## MOTION TO EXTEND DISCOVERY DEADLINES SET FORTH IN THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including April 1, 2005 within which to designate its expert witnesses and May 1, 2005 to complete all discovery.

This additional time is requested because although the parties have conducted some preliminary discovery, it has became clear during the plaintiff's deposition that he has additional medical records that have to be produced before the defendant can secure and designate expert witnesses, complete depositions of all treating doctors and otherwise complete all remaining discovery.

Additionally, a settlement conference is scheduled to commence on March 31, 2005, before PJO Murphy.

*[handwritten marginal note, left side:]* March 1, 2005. SO ORDERED. GRANTED. Alfred V. Covello, U.S.D.J.

*[stamp, left side:]* FILED 2005 MAR -1 A: U.S. DISTRICT COURT HARTFORD, CT.

*[handwritten, bottom:]* 03CV1053 END 17