UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK CROFUT, | : | |
| | : | |
| Plaintiff, | : | Civil No.   3:03CV1053 (AVC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | July 13, 2005 |

**MOTION TO EXTEND DISCOVERY DEADLINES SET
FORTH IN THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including September 12, 2005 within which to complete discovery, designate its expert witnesses and file dispositive motions in the above captioned matter.

Due to conflicting demands of counsels' litigation schedules, we have been unable to complete depositions of fact and expert witnesses.

This is the third request for an extension of time with regard to this deadline. Counsel for the plaintiff concurs in the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19538
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000 (telephone)

(203) 579-5575 (facsimile)
Brenda.Green@usdoj.gov

CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing Motion for Extend Discovery Deadlines Set Forth in the Scheduling Order has been mailed on the _____ day of July, 2005, to:

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

            BRENDA M. GREEN
            ASSISTANT UNITED STATES ATTORNEY