19

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 JUL 15 A 10: 52

MARK CROFUT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No.  3:03CV1053 (AVC)

*Cam*

DISTRICT COURT
HARTFORD, CT.

July 13, 2005

## MOTION TO EXTEND DISCOVERY DEADLINES SET
## FORTH IN THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the Local Rules of Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully requests a sixty (60) day extension of time to and including September 12, 2005 within which to complete discovery, designate its expert witnesses and file dispositive motions in the above captioned matter.

Due to conflicting demands of counsels' litigation schedules, we have been unable to complete depositions of fact and expert witnesses.

This is the third request for an extension of time with regard to this deadline. Counsel for the plaintiff concurs in the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19538
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000 (telephone)
(203) 579-5575 (facsimile)
Brenda.Green@usdoj.gov

July 18, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 JUL 18 P 3: 17
U.S. DISTRICT COURT
HARTFORD, CT.

03CV1053END19