UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK CROFUT,

    Plaintiff

v.                                              CASE NO. 3:03CV01053(AVC)

UNITED STATES OF AMERICA

    Defendant

## ORDER OF DISMISSAL

The case was filed June 13, 2003. As the parties have taken no action in this case in over six months, this matter is dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41(a). Within twenty days of the entry of this order, either party may move for reconsideration of this dismissal. The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

    So ordered.

    Dated at Hartford, Connecticut this _____ day of June, 2007.

_____/s/_____
Alfred V. Covello
United States District Judge